# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

Derrick Horn,                                    )       Civil Action No.: 3:20-cv-01424-JMC
                                                 )
                        Plaintiff,               )
            v.                                   )
                                                 )       **ORDER TRANSFERRING VENUE**
C.R. Bard, Inc., and Bard Peripheral             )
Vascular, Inc.,                                  )
                                                 )
                        Defendants.              )
_____            )

This matter is before the court pursuant to Plaintiff's Consent Motion to Transfer Venue. (ECF No. 12.) Plaintiff moves to transfer this case to the Middle District of North Carolina, Greensboro District pursuant to 28 U.S.C. § 1404(a).

This matter was originally filed in the District Court of Arizona (2:17-CV-02358-DGC) as part of a multi-district litigation. Pursuant to the filed Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial in that action, Plaintiff was a resident of North Carolina at the time of the implant that is the subject of this lawsuit; was a resident of North Carolina at the time of the injury; and his current residence is North Carolina. (ECF No. 1 at 1–2.) Counsel also indicated that the District Court and Division in which venue would be proper absent direct filing would be the "**Middle District Court of South Carolina**, Greensboro Division." (*Id.* at 2 (emphasis added).) This was a typographical error as no such district court and division exists.

Moreover, it appears that as a result of this error, the Second Amended Suggestion of Remand and Transfer Order remanded this matter to the District of South Carolina based upon the district identified in the Second Amended Master Short Form Complaint where venue would be proper absent direct filing in the MDL. (*See* ECF No. 5 at 3–4.)

1

Plaintiff, with the consent of Defendants, seeks now to have this court transfer this matter to the appropriate and intended division – the Middle District of North Carolina, Greensboro Division.

**NOW THEREFORE**, based on the information set forth herein, and with consent of the parties, the court **GRANTS** the Consent Motion to Transfer Venue (ECF No. 12) and **TRANSFERS** this matter to the Middle District of North Carolina, Greensboro District pursuant to 28 U.S.C. § 1404(a).

**IT IS SO ORDERED**.

J. Michelle Childs
United States District Judge

July 14, 2020
Columbia, South Carolina